**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHAWN MCSPADDEN, an individual,<br><br>                                    Plaintiff,<br><br>vs.<br><br>HOME DEPOT U.S.A., INC., a Delaware corporation; DOE 1 (STORE MANAGER); DOES 2-50, inclusive,<br><br>                                    Defendants. | Case No. 1:25-cv-01021-JLT-FJS<br><br>**ORDER RE DAMAGES AND REMAND** |

On March 24, 2026, the Parties to the above-referenced action filed a Stipulation to Remand Removed Action (Doc. 24). The Court having reviewed that Stipulation and good cause appearing, orders as follows:

1. The Parties' Stipulation is approved;

2. By stipulation, Plaintiff's damages cannot exceed $74,999.

3. Eastern District of California Case No. 1:25-cv-01021-JLT-FJS titled *Shawn McSpadden v. Home Depot U.S.A., Inc.*, *et al.* is hereby remanded to Fresno County Superior Court.

IT IS SO ORDERED.

Dated:    **March 25, 2026**                                   _____
                                                              UNITED STATES DISTRICT JUDGE

-1-